MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN TANABE,<br><br>    Defendant. | No. CR 11-0941 SBA<br><br>STIPULATED REQUEST TO EXCLUDE TIME FROM MAY 2 THROUGH MAY 18, 2012; ORDER<br><br>OAKLAND VENUE |

The defendant, STEPHEN TANABE, represented by Tim A. Pori, Esquire, and the government, represented by Hartley M. K. West, Assistant United States Attorney, appeared before the Court on March 20, 2012, for a status hearing. Defense counsel was ordered to file motions by April 10, 2012. The Court ordered that time would be excluded for effective preparation of defense counsel between March 20 and April 10, 2012, noting that time thereafter would be excluded while the Court considered the motions. On April 17, 2012, however, the Court referred the motions to U.S. Magistrate Judge Maria-Elena James, who filed an order the same day taking the motions off calendar and asking the parties to meet and confer before filing further motions. Accordingly, as of April 17, 2012, time is no longer being excluded under the Speedy Trial Act. As of today, fifteen days have run on the Speedy Trial clock; the clock

STIPULATION & [PROPOSED] ORDER EXLUDING TIME
CR 11-0941 SBA

currently runs out on June 26, 2012.

On April 26, 2012, the United States filed a Superseding Indictment against defendant Tanabe, adding four new charges. The new charges, which arise out of the same nucleus of facts as the original charges, include one count of honest services fraud conspiracy, in violation of 18 U.S.C. § 1349, and three substantive honest services fraud counts, in violation of 18 U.S.C. §§ 1343 and 1346. Because defense counsel has been preparing for a homicide trial and is now in trial on that case, the earliest date available for arraignment on the Superseding Indictment is May 18, 2012. The parties have thus scheduled an appearance on May 18 for arraignment and status before U.S. Magistrate Judge Donna M. Ryu.

The parties stipulate and request that the time between today, May 2, 2012, and May 18, 2012, should be excluded under the Speedy Trial Act for continuity of defense counsel, because defense counsel is in trial in another matter and therefore unavailable.

SO STIPULATED.

Date: May 2, 2012                           MELINDA HAAG
                                            United States Attorney


                                            _____/s/_____
                                            HARTLEY M. K. WEST
                                            Assistant United States Attorney


Date: May 2, 2012                           _____/s/_____
                                            Tim A. Pori
                                            LAW OFFICES OF TIM A. PORI
                                            Counsel for Defendant Stephen Tanabe

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | Based upon the representation of counsel and for good cause shown, the Court finds that |
| 3 | failing to exclude the time between May 2, 2012, and May 18, 2012, would unreasonably deny |
| 4 | the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that |
| 5 | the ends of justice served by excluding the time between May 2, 2012, and May 18, 2012, from |
| 6 | computation under the Speedy Trial Act outweigh the best interests of the public and the |
| 7 | defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 2, |
| 8 | 2012, and May 18, 2012, shall be excluded from computation under the Speedy Trial Act. 18 |
| 9 | U.S.C. § 3161(h)(7)(A) and (B)(iv). |
| 12 | DATED: _5/4/12      *[signature]*  HON. SAUNDRA BROWN ARMSTRONG |
| 13 | United States District Judge |