1  **Tim A. Pori (SBN 189270)**
   LAW OFFICES OF TIM A. PORI
2  877 Bryant Street, Suite 210
   San Francisco, CA 94103
3  Telephone (415) 495-4800
   Facsimile  (415) 552-2163
4
   Attorney for Defendant
5  STEPHEN TANABE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR11-0941 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE PROPOSED TRAVEL** |
| v. | ) | |
| | ) | |
| STEPHEN TANABE | ) | JUDGE: Hon. Saundra B. Armstrong |
| Defendant. | ) | |

The United States of America, through Assistant U.S. Attorney Hartley M. K. West, and defendant STEPHEN TANABE, through his counsel Tim A. Pori, hereby stipulate to further amend Mr. Tanabe's travel restrictions to include travel to the Eastern District of California to meet and confer with counsel, counsel's staff, and counsel's investigator Eugene Borghello regarding Mr. Tanabe's case. The Court previously ordered a modification to Mr. Tanabe's travel restrictions to include travel to the Eastern District of California since Mr. Tanabe shares custody of a child with an ex-wife, Leesa Steacker, and sometimes needs to drive the child to Ms. Steacker's home in El Dorado Hills, California. The instant modification to allow Mr. Tanabe to travel to the Eastern District to meet and confer with his legal team at their offices in Solano County would mitigate the logistical difficulties and additional expenses on Mr. Tanabe involved with having members of his legal team travel into the Northern District to meet and confer with him.

This modification of travel restrictions to include the Eastern District of California for the

Stipulation & Order/Stephen Tanabe

purposes of meeting and conferring with counsel and counsel's staff at his Vallejo office and counsel's investigator at his Fairfield office have been agreed to by Mr. Tanabe's supervising pretrial services officer, Rich Sarlatte. All other pretrial release conditions shall remain in effect.

Dated: June 18, 2012 Respectfully submitted,

LAW OFFICES OF TIM A. PORI

/s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant
STEPHEN TANABE

Dated: June 18, 2012 HARTLEY WEST
United States Attorney

/s/ Tim A. Pori for Hartley West
HARTLEY WEST
Assistant U.S. Attorney

## **O R D E R**

Based on the parties' stipulation, the pretrial service officer's agreement, and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED.**

Dated: 6/20/12

Honorable Saundra B. Armstrong
United States District Judge