UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STEPHEN TANABE,<br><br>　　　　Defendant. | Case No: CR 11-0941 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 39. |

　　　The hearing on Defendant's motion to dismiss the superseding indictment is CONTINUED from September 25, 2012 to **October 16, 2012 at 11:00 a.m.** No additional briefs may be submitted in connection with the motion. The Court, in its discretion, may resolve the motion without oral argument in advance of the hearing date. Time under the Speedy Trial Act remains automatically tolled, pursuant to 18 U.S.C. § 3161(h)(1)(D).

　　　IT IS SO ORDERED.

Dated: 9/24/12

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　United States District Judge